■ PAULINE MONTCLAIR, Appellant, v MARIO'S MARKET, INC., et al., Respondents, et al., Defendant.—Order unanimously reversed on the law with costs and motion denied. Memorandum: Supreme Court erred in granting summary judgment dismissing the complaint. "[T]he proponent of a summary judgment motion must make a prima facie showing of entitlement to judgment as a matter of law, tendering sufficient evidence to demonstrate the absence of any material issues of fact *(Winegrad v New York Univ. Med. Center,* 64 NY2d 851, 853; *Zuckerman v City of New York,* 49 NY2d 557, 562; *Sillman v Twentieth Century-Fox Film Corp.,* 3 NY2d 395, 404). Failure to make a prima facie showing requires a denial of the motion, regardless of the sufficiency of the opposing papers *(Winegrad v New York Univ. Med. Center, supra,* at p 853)" *(Alvarez v Prospect Hosp.,* 68 NY2d 320, 324). (Appeal from order of Supreme Court, Onondaga County, Hayes, J.—summary judgment.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.